**Ernest R. FUNK, Plaintiff-Respondent,**

v.

**Rosa M. BLAKE, Defendant-Appellant.**

**No. WD 35690.**

Missouri Court of Appeals,
Western District.

Jan. 15, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 5, 1985.

Application to Transfer Denied April 2, 1985.

George Spencer Miller, Miller & Dougherty, Kansas City, for defendant-appellant.

Michael Paul Harris, St. Joseph, for plaintiff-respondent.

Before LOWENSTEIN, P.J., and SOMERVILLE and NUGENT, JJ.

### ORDER

PER CURIAM.

In this jury tried case a verdict was returned in favor of defendant and against plaintiff on the latter's claim for personal injuries and in favor of defendant and against plaintiff on defendant's counterclaim for property damage in the amount of $1,100.00. Plaintiff's motion for new

trial on the basis of instructional errors regarding both plaintiff's claim for personal injuries and defendant's counterclaim for property damage was sustained and the trial court ordered a new trial on both claims as to all issues, i.e., liability and damages. Defendant appealed.

Order granting a new trial on both claims and all issues is *affirmed.* Rule 84.16(b).